**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 26-35383 |
| TUBOS REUNIDOS, S.A., *et al.*,[1] | Chapter 15 |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**EMERGENCY MOTION OF THE FOREIGN REPRESENTATIVE TO APPEAR REMOTELY AT RECOGNITION HEARING**

PKF Attest Concursal, S.L.P. ("PKF" or "Foreign Representative"), the duly appointed insolvency administrator and the qualified and acting foreign representative of the above-captioned debtors (collectively, the "Debtors"), which debtors are the subject of three separate, jointly administered insolvency proceedings (the "Spanish Proceedings") pending in Spain before the Civil Division of the Court of First Instance No. 7 of Vitoria-Gasteiz (the "Spanish Court"), files this emergency motion (the "Motion") requesting entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order") authorizing the PKF Administrators (defined below) to appear remotely at the Recognition Hearing (defined below). PKF flights from Spain were cancelled today and, as of this filing, PKF has been unable to book alternative flights. In support of the Motion, the Foreign Representative respectfully states as follows:

[1] The chapter 15 debtors incorporated in Spain (collectively, the "Spanish Debtors"), along with the last four digits of each Spanish Debtor's Spanish tax identification number, are: Tubos Reunidos, S.A. ("TRSA") (1555), Tubos Reunidos Group S.L.U. ("TRG") (3694), Tubos Reunidos Premium Threads, S.L.U. ("TRPT") (0047), Aplicaciones Tubulares, S.L.U. ("ATUCA") (0715) and Tubos Reunidos Services, S.L.U. ("TRS") (6125). The chapter 15 debtor incorporated in Germany, along with the last four digits of its German tax identification number, is Tubos Reunidos GmbH ("TRGmbH" or "German Debtor") (9854). The chapter 15 debtors incorporated in the United States (collectively, the "U.S. Debtors"), along with the last four digits of each U.S. Debtor's federal tax identification number, are: Tubos Reunidos America, Inc. ("TRAME") (6565) and RDT, Inc. ("RDT") (6426). The Debtors' executive headquarters are located at No. 2, Barrio de Sagarribai, Amurrio (Álava), Spain.

## BACKGROUND

1. On July 28, 2026, the Foreign Representative commenced these Chapter 15 Cases by filing voluntary petitions for recognition of the Spanish Proceedings under sections 1504 and 1515 of title 11 of the United States Code.

2. As explained in the PKF Declarations,[2] the Spanish Court appointed PKF as the Foreign Representative for all the Debtors and there are two individuals with PKF (collectively, the "PKF Administrators") who are responsible for the insolvency administration in the Spanish Proceedings: Iker Filloy Nieva is responsible for the insolvency administration of TRG, TRPT, ATUCA, TRS, TRGmbH, TRAME, and RDT; and Itsaso Santos Olalde is responsible for the insolvency administration of TRSA.

3. On July 29, 2026, the Foreign Representative filed, among other things, the following:

- Emergency Motion for Entry of an Order (I) Scheduling Recognition Hearing; (II) Specifying Form and Manner of Service of Notice; and (III) Granting Related Relief (Doc. No. 4) (the "Scheduling Motion");
- Emergency Motion for Entry of an Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code (Doc. No. 5) (the "Motion for Provisional Relief"); and
- Verified Petitions for (I) Recognition of Spanish Proceedings as Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (Doc. No. 6) (the "Verified Petitions").

4. Through the Scheduling Motion, the Foreign Representative requested the Court (a) set a hearing on the Verified Petitions (the "Recognition Hearing"); (b) set the deadline for

[2] The "PKF Declarations" are the (a) *Declaration of Iker Filloy Nieva Pursuant to 11 U.S.C. § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and in Support of Verified Petitions for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (Doc. No. 7); and (b) *Declaration of Itsaso Santos Olalde in Support of Verified Petitions for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code* (Doc. No. 8).

filing objections to the relief requested in the Verified Petitions; and (c) approve the form and manner of service of the notice of the Recognition Hearing.

5. On July 30, 2026, the Court granted the Scheduling Motion (Doc. No. 18) (the "Scheduling Order"). The Scheduling Order set the Recognition Hearing for September 21, 2026, at 1:00 p.m. Pursuant to the Scheduling Order, the deadline to object to the relief requested in the Verified Petitions was September 10, 2026, at 4:00 p.m. (the "Objection Deadline"). *See* Scheduling Order at ¶ 1.

6. The Scheduling Order was served on all Notice Parties (as defined in the Scheduling Motion) in accordance with paragraph 3 of the Scheduling Order. *See* Doc. No. 20.

7. The Objection Deadline has passed and no objections were filed. The undersigned counsel for the Foreign Representative has also not received any informal objections.[3] Thus, the relief requested in the Verified Petitions is unopposed.

**RELIEF REQUESTED**

8. Through this Motion, the Foreign Representative respectfully requests entry of the Proposed Order authorizing the PKF Administrators to appear remotely, and to testify remotely if necessary, at the Recognition Hearing.

**BASIS FOR RELIEF**

9. Federal Rule of Bankruptcy Procedure 9017 makes Federal Rule of Civil Procedure 43 applicable in bankruptcy cases. *See* Fed. R. Bankr. P. 9017. Under Civil Rule 43(a), the Court may permit testimony by contemporaneous transmission from another location upon a showing of good cause in compelling circumstances and with appropriate safeguards. *See* Civ. R. 43(a). The requested relief satisfies that standard.

[3] No objections to the Motion for Provisional Relief have been filed, nor has the undersigned counsel received any informal objections.

10. Both PKF Administrators reside in Spain. Earlier today, their flight from Spain was cancelled and, as of this filing, they have been unable to book alternative flights that would allow them to make it to Houston before the Recognition Hearing. Further, no party objected to the Verified Petitions, and the Foreign Representative does not presently anticipate that either PKF Administrator will need to testify at the Recognition Hearing. If testimony becomes necessary, contemporaneous video testimony will permit the Court to observe the witness, allow examination by any party in interest, and preserve an adequate record.

11. The requested relief is narrow. It authorizes only remote participation at the Recognition Hearing and requires any PKF Administrator who testifies to appear by video. The relief therefore provides appropriate safeguards.

## EMERGENCY CONSIDERATION

12. The Foreign Representative requests emergency consideration of this Motion. On the date hereof, the PKF Administrators' flight from Spain was cancelled, leaving them unable to attend the Recognition Hearing in person. Accordingly, emergency consideration of the Motion is appropriate under the circumstances.

## CONCLUSION

13. For these reasons, the Foreign Representative respectfully requests entry of the Proposed Order permitting the PKF Administrators to appear remotely, and to testify remotely if necessary, at the Recognition Hearing, and granting such other and further relief as is just and proper.

[*signature page follows*]

Dated: September 18, 2026

Respectfully submitted,

*/s/ Jimmy D. Parrish*

Alexis C. Beachdell (admitted *pro hac vice*)
Scott E. Prince (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
Email: abeachdell@bakerlaw.com
sprince@bakerlaw.com

-and-

Camille C. Bent (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Email: cbent@bakerlaw.com

-and-

Jimmy D. Parrish
Fed. ID No. 2687598
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801
Telephone: 407.649.4000
Email: jparrish@bakerlaw.com

*Counsel for PKF Attest Concursal, S.L.P., as Foreign Representative of Tubos Reunidos, S.A., Tubos Reunidos Group S.L.U., Tubos Reunidos Premium Threads, S.L.U., Aplicaciones Tubulares, S.L.U., Tubos Reunidos Services, S.L.U., Tubos Reunidos, GmBH, Tubos Reunidos America, Inc., and RDT, Inc.*

**CERTIFICATE OF ACCURACY**

I certify that the foregoing statements are true and accurate to the best of my knowledge. This statement is being made pursuant to Local Rule 9013-1(i).

*/s/ Jimmy D. Parrish*
Jimmy D. Parrish

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 18, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jimmy D. Parrish*
Jimmy D. Parrish